Case 06-16909   Doc 61   Filed 02/29/12   Entered 02/29/12 16:10:16   Desc Main
                Document      Page 1 of 1


Case 06-16909   Doc 61   Filed 02/29/12   Entered 02/29/12 16:10:16   Desc Main
                Document      Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: PHILLIP A & CAROL L HOMOLA        )
                                          )
JPMorgan Chase Bank,                      )
         Creditor,                        )
                                          )
    vs.                                   ) CASE NO. 06B16909
                                          ) JUDGE A. Benjamin Goldgar
PHILLIP A & CAROL L HOMOLA,               )
         Debtor                           )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes JPMorgan Chase Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the February 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of February 22, 2012:

    a. Attorney's Fees        $250.00
    b. Payments (2/12)
    c. Suspense              ($1,323.21)
    d. Escrow Balance         $2,065.78

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice JPMorgan Chase Bank rights to collect these amounts will be unaffected.

Respectfully Submitted,
JPMorgan Chase Bank

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602